# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOY GLOBAL INC. (n/k/a KOMATSU MINING CORP.), <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, ARCH INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | Case No. 2:18-cv-2034-LA <br><br> **DEFENDANT COLUMBIA CASUALTY COMPANY'S CIVIL LOCAL RULE 7.1(a) DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1, Defendant Columbia Casualty Company files this Corporate Disclosure Statement:

(1) The following is a full and complete list of all parties in this action represented by the undersigned counsel:

    Columbia Casualty Company

(2) The following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Columbia Casualty Company. All of Columbia Casualty Company's common stock is owned by Continental Casualty Company, which is not publicly traded. All of Continental Casualty Company's common stock is owned by The Continental Corporation, which is not publicly traded. All of The Continental

Corporation's common stock is owned by CNA Financial Corporation ("CNAF"), which has issued shares to the public. Loews Corporation owns the majority of the outstanding common stock of CNAF. No other individual or institution holds more than 10% of CNAF's outstanding common stock.

(3) The following is a full and complete list of all persons serving as attorneys for Columbia Casualty Company in this proceeding:

William E. Smith, Wiley Rein LLP

John E. Howell, Wiley Rein LLP

Respectfully submitted on March 5, 2019:

/s/ John E. Howell
William E. Smith
John E. Howell
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
wsmith@wileyrein.com
jhowell@wileyrein.com

*Attorneys for Defendant Columbia Casualty Company*

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the plaintiff, and I hereby certify that I caused the foregoing document or paper to be served via electronic mail to the parties listed below. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2019

/s/ John E. Howell
John E. Howell

Thomas J. Judge
DYKEMA GOSSETT PLLC
1301 K Street NW, Suite 1100W
Washington, DC 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
TJudge@dykema.com

*Attorneys for Travelers Casualty and Surety Company of America*

Michael T. Skoglund
BATESCAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100
mskoglund@batescarey.com

*Attorneys for Arch Insurance Company*