# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Joy Global Inc. (n/k/a Komatsu Mining Corp.) ) <br> *Plaintiff* ) <br> v. ) <br> Columbia Casualty Company et al. ) <br> *Defendant* ) | Case No. 18-CV-2034 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arch Insurance Company.

Date: 03/05/2019

Michael T. Skoglund
*Attorney's signature*

Michael T. Skoglund - 6284010 (IL)
*Printed name and bar number*
BatesCarey LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606

*Address*

mskoglund@batescarey.com
*E-mail address*

(312) 762-3100
*Telephone number*

(312) 762-3200
*FAX number*