**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| JOY GLOBAL INC. (n/k/a KOMATSU MINING CORP.),<br><br>    Plaintiff,<br><br>        v.<br><br>COLUMBIA CASUALTY COMPANY, ARCH INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendants. | **Civil Action No.: 18-2034** |

## **CORPORATE DISCLOSURE STATEMENT OF ARCH INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, the undersigned, counsel of record for Arch Insurance Company, provides the following disclosure statement:

1. The full name of the party that undersigned counsel represents in this case is Arch Insurance Company.

2. Arch Insurance Company is a wholly-owned subsidiary of Arch Reinsurance Company, whose ultimate parent is Arch Capital Group, Ltd., a publicly traded company. No individual or corporation owns 10% or more of the stock of Arch Capital Group, Ltd.

3. No other law firm is expected to appear for Arch Insurance Company other than BatesCarey LLP.

Dated this 5th day of March, 2019.

                                                               Respectfully submitted,

                                                                BATESCAREY LLP

                                                                By: /s/ Michael T. Skoglund

Michael T. Skoglund
BATESCAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3100
Email: mskoglund@batescarey.com

## CERTIFICATE OF SERVICE

       I hereby certify that on March 5, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the plaintiff, and I hereby certify that I caused the foregoing document or paper to be served via electronic mail to the parties listed below. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2019            /s/ Michael T.Skoglund
                                                       Michael T. Skoglund

| | |
|---|---|
| Thomas J. Judge<br>DYKEMA GOSSETT PLLC<br>1301 K Street NW, Suite 1100W<br>Washington, DC 20005<br>Telephone: (202) 906-8600<br>Facsimile: (202) 906-8669<br>TJudge@dykema.com<br><br>*Attorneys for Travelers Casualty and Surety Company of America* | John E. Howell<br>William E. Smith<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202-719-7000<br>Facsimile: 202-719-7049<br>jhowell@wileyrein.com<br>wsmith@wileyrein.com<br><br>*Attorneys for Columbia Casualty Company* |